

NUMBER 13-20-00013-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

THE CITY OF PORT ARANSAS,                                    Appellant,

v.

PORT OF CORPUS CHRISTI
AUTHORITY OF NUECES COUNTY,                              Appellee.

---

On appeal from the County Court at Law No. 3
of Nueces County, Texas.

---

# MEMORANDUM OPINION

**Before Chief Justice Contreras and Justices Longoria and Perkes
Memorandum Opinion by Justice Longoria**

Appellant, the City of Port Aransas, by and through its attorney, the Honorable Robert Brown, has filed a joint motion for dismissal of its appeal pursuant to Rule 42.1 of the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 42.1(a)(1). Appellant has informed us that it has reached an agreement with appellee Port of Corpus Christi

Authority of Nueces County relating to its dispute. Appellant further informs us that it no longer wishes to pursue its appeal. No decision of this Court having been delivered to date, we grant appellant's motion to dismiss the appeal. Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

NORA L. LONGORIA
Justice

Delivered and filed the
17th day of September, 2020.